CHARLES W. WILKINS v. STANDARD OIL COMPANY.

Submitted December 7, 1903—Decided February 23, 1904.

On demurrer to declaration.

SWAYZE, J. This action is brought by one of the plaintiffs in the case of Louis K. Wilkins and another against the same defendant to recover damages for his personal injuries. The declaration contains but one count, which contains the same averments as the second count in the other case. For the reasons stated in the opinion just read, the defendant is entitled to judgment upon the demurrer.